# SUPREME COURT OF HAWAI'I

**October 31, 1997**

| | | |
|---|---|---|
| 19684 | State v. Dickenson | Affirmed |

**November 20, 1997**

| | | |
|---|---|---|
| 19649 | Garcia v. Aizawa | Affirmed |
| 19670 | Kamaka v. AIG Hawaii Ins. Co. | Affirmed |
| 19744 | Minatoya v. Minatoya | Affirmed |
| 20328 | Minatoya v. Minatoya | Affirmed |
| 20500 | Werner Investments, Inc. v. Soares | Affirmed |

**November 21, 1997**

| | | |
|---|---|---|
| 20381 | State v. Bal | Affirmed |

**November 24, 1997**

| | | |
|---|---|---|
| 19907 | State v. Pikini | Vacated |

**November 25, 1997**

| | | |
|---|---|---|
| 19535 | Fernandez v. Labor and Industrial Relations Appeals Bd. | Affirmed |
| 19883 | State v. Nakea | Affirmed |
| 20677 | State v. Ogata | Affirmed |
| 20471 | State v. Perreira | Affirmed |

**December 2, 1997**

| | | |
|---|---|---|
| 20210 | State v. Lauti | Affirmed |

**December 3, 1997**

| | | |
|---|---|---|
| 20061 | State v. Kaopua | Affirmed |
| 19905 | State v. Nungaray–Gonzalez | Affirmed |
| 19942 | State v. Ross | Affirmed |
| 20059 | State v. Semitara | Affirmed |

**December 4, 1997**

| | | |
|---|---|---|
| 19326 | Waialae Kahala Partners v. Wong;  Wong v. Hale Kulana, Inc. | Affirmed in part, Reversed in part |